DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 097P12 | Deborah Lynn Jackson, Administratrix of the Estate of the Late Joel Edward Tripp v. ES&J Enterprises, Inc., Town of Lake Waccamaw, Larry Carlisle, Esther Faye Carlisle, and Sandra Carroll Williams | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-225) | Denied |
|---|---|---|---|
| 106P12 | State v. Shaylon Monquice Springs | 1. State's Motion for Temporary Stay (COA11-799) | 1. Allowed **03/14/12**; Dissolved the Stay **08/23/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Take Judicial Notice | 4. Dismissed as Moot |
| | | 5. State's Motion to Strike Any Reference to Material Outside the Record | 5. Dismissed as Moot |
| 108P12 | Gwendolyn Harris Lane v. Linwood Earl Lane | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-608) | Denied |
| 109P12 | State v. William Spruill | Def's PDR Under N.C.G.S. § 7A-31 (COA11-430) | Denied |
| 110P12 | In the Matter of: The Appeal of: Joshua McLamb From the Order of the Sampson County Board of Commissioners Adopting the Schedule of Values, Standards, and Rules for the 2011 General Reappraisal | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA11-1007) | Denied |
| 111P12 | State v. Anthony Hudson | Def's PDR Under N.C.G.S. § 7A-31 (COA11-444) | Denied |
| 118A12 | Veronica Filipowski v. Melissa Oliver (Lieu) | 1. Def's NOA Based Upon a Constitutional Question (COA11-996) | 1. - - - |
| | | 2. Plt's Motion to Dismiss Appeal | 2. Allowed |